IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK R. MCFADDEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | **8:23CV90**<br><br>**ORDER** |

　　　This matter is before the Court on plaintiff Patrick R. McFadden's ("McFadden") motion to proceed in forma pauperis (Filing No. 2). Upon careful review of the request, McFadden's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

　　　IT IS SO ORDERED.

　　　Dated this 14th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge